IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00161-PAB-3

UNITED STATES OF AMERICA,

        Plaintiff,

v.

3. RUBEN VARGAS,
a/k/a "Silent"

        Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

        IT IS ORDERED that Defendant RUBEN VARGAS, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, Federal Correctional Institution Phoenix, in Phoenix, Arizona, on December 27, 2014, by 12:00 noon, and will travel at his own expense.

        DATED December 16, 2014.

                BY THE COURT:


                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge